UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TARVIE GILBERT, JR., | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| v. | ) | No. 1:05-cv-99 |
| | ) | *Edgar* |
| CHOO-CHOO PARTNERS II, LLC, | ) | |
| CHOO-CHOO PARTNERS, L.P., and, | ) | |
| HOLIDAY HOSPITALITY CORPORATION, | ) | |
| | ) | |
|     *Defendants.* | ) | |

## **O R D E R**

In accordance with the accompanying memorandum, Gilbert's motion to amend his complaint and remand this action to Tennessee state court is **GRANTED IN PART** and **DENIED IN PART**. [Doc. No. 6]. Specifically, Gilbert's motion to amend his complaint to properly identify Holiday Hospitality Corporation as a citizen of Georgia is **GRANTED**. However, Gilbert's motion to remand this action to Tennessee state court is **DENIED**. This Court retains jurisdiction of Gilbert's action.

    SO ORDERED.

    ENTER this *26th day of May, 2005*.

                                               */s/ R. Allan Edgar*
                                                 R. ALLAN EDGAR
                                     CHIEF UNITED STATES DISTRICT JUDGE