UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


TARVIE GILBERT, JR.,                     )
                                         )
          *Plaintiff,*                   )
v.                                       )          No. 1:05-cv-99
                                         )          *Edgar*
CHOO-CHOO PARTNERS II, LLC,              )
CHOO-CHOO PARTNERS, L.P., and,           )
HOLIDAY HOSPITALITY CORPORATION,  )
                                         )
          *Defendants.*                  )


## O R D E R


In accordance with the accompanying memorandum, the Court **GRANTS** Tarvie Gilbert,

Jr.'s motion to reconsider the Court's previous denial of Gilbert's motion to remand [Doc. No. 12].

After reconsidering Gilbert's motion to remand, the Court concludes that 28 U.S.C. § 1441(b) bars

removal to this Court. Accordingly, the Court **REMANDS** this action to the Tennessee state court

from which it was removed.

SO ORDERED.

ENTER this *22nd day of July, 2005.*


                              _____
                                     */s/ R. Allan Edgar*
                                    R. ALLAN EDGAR
                         CHIEF UNITED STATES DISTRICT JUDGE